IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRENISHA JAMES,<br><br>    Plaintiff,<br><br>    v.<br><br>FAIR COLLECTIONS & OUTSOURCING, INC.,<br><br>    Defendant. | Civil Action No.  8:21-cv-159 |

## NOTICE OF SETTLEMENT

Plaintiff, Trenisha James, by counsel, hereby notifies the Court that the Parties have reached a settlement and are finalizing the settlement agreement. Within forty (40) days or any other time period ordered by the Court, the parties shall submit a Stipulation of Dismissal or Dismissal Order for entry by the Court seeking dismissal of Plaintiff's claims.

                                                      Respectfully Submitted,
                                                      **TRENISHA JAMES**

                                                      By:   _/s/ Kristi C. Kelly_____
                                                                 Counsel

Kristi Cahoon Kelly, Esq. (No. 07244)
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone:  703-424-7576
Facsimile:  703-591-0167
E-mail:  kkelly@kellyguzzo.com
*Counsel for Plaintiff*